1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

7
8
9

10  SYRONE CHENEY H.,[1]

11                  Plaintiff,

12          v.

13

14  MARTIN J, O'MALLEY,

15                  Defendant.

16

| | |
|---|---|
| Case No. 8:23-cv-01019-FLA (PD) | |

**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

17
18
19
20
21
22
23
24
25
26
27
28

_____

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

1      Pursuant to 28 U.S.C. § 636, the court has reviewed the Complaint, the
2  records on file, and the Report and Recommendation of United States Magistrate
3  Judge ("Report").  No objections to the Report were filed.
4      The court accepts the Report and adopts it as its own findings and
5  conclusions.  The decision of the Administrative Law Judge is VACATED and this
6  matter is REMANDED on an open record to the Social Security Administration.

7
8      IT IS SO ORDERED.

9
10  Dated:  January 27, 2025

11                       FERNANDO L. AENLLE-ROCHA
                       United States District Judge