JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYRONE CHENEY H.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J, O'MALLEY, <br><br> Defendant. | Case No. 8:23-cv-01019-FLA (PD) <br><br><br> **JUDGMENT** |

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ORDERED that the decision of the Administrative Law Judge is VACATED and this matter is REMANDED to the Social Security Administration on an open record for further proceedings.

IT IS SO ORDERED

Dated: January 27, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge